Order entered November 5, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00591-CR
No. 05-12-00592-CR

**BRUCE KEVIN CONWAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 194th District Court
### Dallas County, Texas
### Trial Court Cause Nos. F07-57835-M, F10-61538-M

## ORDER

The Court **REINSTATES** the appeals.

On October 8, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the finding that appellant no longer desires to pursue the appeals.

We **ORDER** the appeals submitted as of the date of this order to a panel consisting of Justices O'Neill, FitzGerald, and Lang-Miers.

DAVID L. BRIDGES
JUSTICE